1  Edwin Aiwazian (Cal. State Bar No. 232943)
     *edwin@calljustice.com*
2  Kenyon Harbison (Cal. State Bar No. 260416)
     *kenyon@calljustice.com*
3  **LAWYERS *for* JUSTICE, PC**
   410 West Arden Avenue, Suite 203
4  Glendale, California 91203
   Telephone:   (818) 265-1020
5  Facsimile:    (818) 265-1021

6  *Attorneys for* Plaintiff

7  Donald P. Sullivan (Cal. State Bar No. 191080)
     *donald.sullivan@jacksonlewis.com*
8  Amy P. Frenzen (Cal. State Bar No. 245368)
     *amy.frenzen@jacksonlewis.com*
9  Mariko Mae Ashley (Cal. State Bar No. 311897)
     *mariko.ashley@jacksonlewis.com*
10 **JACKSON LEWIS P.C.**
   50 California Street, 9th Floor
11 San Francisco, California  94111
   Telephone:   (415) 394-9400
12 Facsimile:    (415) 394-9401

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACKENSIE BIDDLE, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>         Plaintiff,<br><br>    v.<br><br>C & J CLARK RETAIL, INC., an unknown business entity; and DOES 1 through 100, inclusive,<br>Defendants.<br>         Defendants. | Case No.:  8:19-cv-01624-JWH-ADS<br><br>Honorable John W. Holcomb<br><br>**ORDER GRANTING THE PARTIES' STIPULATED PROTECTIVE ORDER FOR LITIGATION INVOLVING CONFIDENTIAL INFORAMTION AND/OR TRADE SECRETS**<br><br>[Submitted herewith the Stipulated Protective Order for Litigation Involving Confidential Information and/or Trade Secrets.]<br><br><br>Complaint Filed:  July 16, 2019<br>FAC Filed:          August 21, 2019<br>Trial Date:          July 26, 2021 (9:00 a.m.) |

# ORDER

The Court, having considered the Parties' Stipulated Protective Order for Litigation Involving Confidential Information and/or Trade Secrets, and good cause having been shown, rules that the relief requested in the Stipulation is hereby **GRANTED**.  **IT IS ORDERED THAT**

The Parties' Stipulated Protective Order for Litigation Involving Confidential Information and/or Trade Secrets, filed with the Court on December 29, 2020, is approved and shall govern the Parties' discovery in this matter.

Dated:   12/30/2020            /s/ Autumn D. Spaeth
                               Honorable Autumn D. Spaeth
                               United States Magistrate Judge