JS-6

Edwin Aiwazian (State Bar No. 232943)
Kenyon Harbison (State Bar No. 260416)
LAWYERS for JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone:  (818) 265-1020
Facsimile:   (818) 265-1021
E-mail: edwin@calljustice.com
E-mail: kenyon@calljustice.com

Attorneys for Plaintiff
MACKENSIE BIDDLE

Donald P. Sullivan (State Bar No. 191080)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Donald.Sullivan@jacksonlewis.com
E-mail: Amy.Frenzen@jacksonlewis.com
E-mail: Mariko.Ashley@jacksonlewis.com

Attorneys for Defendant
C & J CLARK RETAIL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACKENSIE BIDDLE, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br>Plaintiff,<br>v.<br>C & J CLARK RETAIL, INC., an unknown business entity; and DOES 1 through 100, inclusive,<br>Defendants. | Case No. 8:19-cv-01624-JWH-ADSx<br><br>Honorable John W. Holcomb<br><br>**ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND TOLLING AGREEMENT** |

Having duly considered the STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND TOLLING AGREEMENT, which was filed by Plaintiff Mackensie Biddle and Defendant C&J Clark Retail, Inc., and Good Cause Appearing,

**IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:**

1. This lawsuit is hereby ORDERED DISMISSED WITHOUT PREJUDICE.

2. Plaintiff shall re-file this lawsuit, if at all, pursuant to Central District Local Rules 83-1.2.2 and 83-1.3.

**IT IS SO ORDERED.**

Date: July 29, 2021

Honorable John W. Holcomb
United States District Court
Central District of California